# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MERCHANTS & MARINE BANK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:25-cv-70-TFM-MU |
| ) | |
| **WHOLESALE SOLUTIONS, INC. and** ) | |
| **CHAD POSTLE,** ) | |
| ) | |
| **Defendants.** ) | |

## CONSENT JUDGMENT

Pending before the Court is the *Joint Motion for Entry of Consent Judgment* (Doc. 7, filed 3/28/25). For good cause show, the motion is **GRANTED** and this agreed upon consent order is entered.

WHEREAS, Plaintiff Merchants & Marine Bank ("M&M" Bank" or "Lender") and Defendants Wholesale Solutions, Inc. ("Wholesale") and Chad Postle (together with Wholesale the "Defendants"), have agreed to resolve the above-styled lawsuit between them and have entered into a Forbearance Agreement dated December 27, 2024;

WHEREAS, the parties have jointly moved for the entry of this Consent Judgment to formalize and enforce the terms of their Forbearance Agreement;

NOW, THEREFORE, upon consideration of the parties' Joint Motion for Entry of Consent Judgment, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that the terms of the Forbearance Agreement, attached hereto as **Exhibit A**, are hereby incorporated into this Consent Judgment as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Merchants & Marine Bank and against Defendants Wholesale Solutions, Inc. and

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

```
MERCHANTS & MARINE BANK,            )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )   CIV. ACT. NO. 1:25-cv-70-TFM-MU
                                    )
WHOLESALE SOLUTIONS, INC. and       )
CHAD POSTLE,                        )
                                    )
       Defendants.                  )
```

## CONSENT JUDGMENT

Pending before the Court is the *Joint Motion for Entry of Consent Judgment* (Doc. 7, filed 3/28/25). For good cause show, the motion is **GRANTED** and this agreed upon consent order is entered.

WHEREAS, Plaintiff Merchants & Marine Bank ("M&M" Bank" or "Lender") and Defendants Wholesale Solutions, Inc. ("Wholesale") and Chad Postle (together with Wholesale the "Defendants"), have agreed to resolve the above-styled lawsuit between them and have entered into a Forbearance Agreement dated December 27, 2024;

WHEREAS, the parties have jointly moved for the entry of this Consent Judgment to formalize and enforce the terms of their Forbearance Agreement;

NOW, THEREFORE, upon consideration of the parties' Joint Motion for Entry of Consent Judgment, and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that the terms of the Forbearance Agreement, attached hereto as **Exhibit A**, are hereby incorporated into this Consent Judgment as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Merchants & Marine Bank and against Defendants Wholesale Solutions, Inc. and

Chad Postle, recognizing:

(1) This Court has jurisdiction over the parties and subject matter of this action pursuant to 28 U.S.C. § 1332;

(2) On February 27, 2024, Chad Postle as President of Defendant Wholesale Solutions, Inc. ("Borrower") entered into that certain Business Loan Agreement with M&M Bank in the principal amount of Two Million Five Hundred Thousand Dollars and Zero Cents ($2,500,000.00), bearing Loan No. 3732465 (the "Loan");

(3) On February 27, 2024, Chad Postle as President of Defendant Wholesale Solutions, Inc. executed that certain Promissory Note (the "Note") in favor of Lender in the principal amount of Two Million Five Hundred Thousand Dollars and Zero Cents ($2,500,000.00), bearing Loan No. 3732465, with said Note maturing on February 27, 2025.

(4) M&M Bank is the holder and owner of the Note;

(5) In connection with the Loan, Borrower executed and delivered to and for the benefit of Lender that certain Commercial Security Agreement dated February 27, 2024 (the "Security Agreement"), by which Borrower granted to Lender a security interest in "all inventory held for ultimate sale or lease" among other things (together the "Collateral");

(6) Also in connection with the Loan, Defendant Chad Postle executed that certain Commercial Guaranty in favor of Lender (the "C. Postle Guaranty") to secure the Loan;

(7) The Loan Agreement, Note, Security Agreement, and C. Postle Guaranty, true copies of which are attached as Exhibits A-D to the Complaint [Dkt. # 1], together with any other agreements and instruments entered into and/or executed in connection with the Loan, are hereinafter collectively referred to as the "Loan Documents."

(8) The Loan Documents were properly executed and are fully enforceable against

Defendants;

(9)     Defendant Wholesale Solutions, Inc. has defaulted under the terms of the Business Loan Agreement and Note by, among other things, failing to satisfy its obligations relating to the Indebtedness of Wholesale Solutions, Inc. when due and owing;

(10)    Defendant Chad Postle has breached the terms of the C. Postle Guaranty by failing to satisfy his obligations relating to the Indebtedness of Borrower after such obligations came due and owing.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Merchants & Marine Bank and against Defendants Wholesale Solutions, Inc. and Chad Postle, jointly and severally, for all amounts owed under the Loan Documents, in the following amounts as of March 28, 2025.

(1)     Principal in the amount of One Million Six Hundred and Eighty-Five Thousand Seven Hundred and Twenty-Seven Dollars and Seven Cents ($1,685,727.07); and

(2)     Accrued interest the amount of Twenty-Seven Thousand Seven Hundred and Fifty-Seven Dollars and Thirty-Three Cents ($27,757.33).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff M&M Bank shall be entitled to recover from Defendants post-judgment fees and costs, including all reasonable attorneys' fees and costs incurred by Plaintiff in enforcing and collecting this Consent Judgment, and in liquidating any collateral.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that M&M Bank shall be entitled to recover per diem post-judgment interest at the Note rate, which is currently $374.61 per diem.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that it is the express

intention of the parties that this Consent Judgment is a final adjudication on the merits of Defendants' liability under the Note and C. Postle Guaranty. This consent judgment does not, and shall not be construed to, preclude Lender from asserting its rights in any bankruptcy proceeding, including bringing an action to have Defendants' liability on this Consent Judgment determined to be non-dischargeable.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Consent Judgment and the Forbearance Agreement, handling any motions or other matters relating to the enforcement and collection of the Consent Judgment, and making an award of attorneys' fees to M&M Bank for its future collection costs.

**DONE** and **ORDERED** this the 8th day of April 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE